THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jeffrey Michael Taylor,       
Appellant.
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2003-UP-281
Submitted February 20, 2003  Filed 
 April 17, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Pachak, of Columbia.
Attorney Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, of 
 Columbia; Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM: Jeffrey Michael Taylor was indicted by 
 a Greenville County grand jury for burglary in the first degree, assault and 
 battery with intent to kill, and grand larceny.  Following a jury trial, Taylor 
 was found guilty of burglary in the first degree, assault and battery of a high 
 and aggravated nature and grand larceny.  Taylor was sentenced to ten years 
 for grand larceny, ten years consecutive for ABHAN and to life without parole 
 for burglary in the first degree.  
Counsel for Taylor attached a petition to be relieved to 
 the final brief stating he had reviewed the record and found the appeal to be 
 without merit.  Taylor filed a separate pro se brief.  After a 
 review of the record and counsel and Taylors briefs pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991), we dismiss 
 [1] Taylors appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
 HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.